# PAUPER'S OATH ON APPEAL

CAUSE NO.: __1359103__

THE STATE OF TEXAS

VS.

__James Jackson III__

OFFENSE: __Agg. Sex Assault__

__248__ DISTRICT COURT

OF

HARRIS COUNTY, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/13/2015 9:27:04 PM
CHRISTOPHER A. PRINE
Clerk

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES __James Jackson III__, defendant in the above styled and numbered cause, and states under oath that he is without funds, property or income. The defendant respectfully petitions the court to: (check all that apply)

☒  Appoint appellate counsel to represent him.

☒  Asks the court to order that a free record be provided to him.

X _____
/DEFENDANT/

SUBSCRIBED AND SWORN to before me, this_____day of_____.

FILED
APR 10 2015
Chris Daniel
District Clerk
Time:_____
By:_____ Harris County, Texas Deputy

DEPUTY DISTRICT CLERK
__248__ DISTRICT COURT
HARRIS COUNTY, TEXAS

## ORDER

On _____APR 10 2015_____ the court conducted a hearing and found that the defendant is indigent.

☐  The court orders that _____ is appointed to represent defendant/appellant on appeal.

☐  The court reporter is ordered to prepare and file the reporter's record without charge to the defendant/appellant.

It is further ordered that the clerk of this court mail a copy of the order to the court reporter:
_____, by certified mail return receipt requested.

_____
JUDGE PRESIDING
__248__ DISTRICT COURT
HARRIS COUNTY, TEXAS

## AFFIRMATION

I, _____, Attorney at Law, swear or affirm that I will be solely responsible for writing a brief and representing the appellant on appeal. If I am not able to preform my duties as appellate counsel, I will notify the court immediately so that the court may take the appropriate action as deemed necessary.

_____
ATTORNEY (SIGNATURE)

_____
ADDRESS

713 227 2244
PHONE

emilydeter@me.com
EMAIL ADDRESS

0158 08 56
BAR/SPN NUMBER

HTN Tx 77002
CITY          STATE          ZIP

_____
FAX NUMBER

22/996

SWORN TO AND SUBSCRIBED BEFORE ME ON __APR 10 2015_____.

_____
DEPUTY DISTRICT CLERK (SIGNATURE)
**DISTRICT CLERK**

Unofficial Copy Official Copy of Chris Daniel District Clerk

Cause No. 1359103

## THE STATE OF TEXAS

Jackson, James III , A/K/A/ _____

348 District Court / County Criminal Court at Law No. _____

Harris County, Texas

**FILED**
Chris Daniel
District Clerk
APR 06 2015
Time: _____
By _____
Harris County, Texas
Deputy

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

On Thursday, April 2, 2015 (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

The undersigned attorney (check appropriate box):

☒ MOVES to withdraw.
☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

APR 06 2015

**Date**

James Jackson III
**Defendant (Printed name)**

_____
**Attorney (Signature)**

John M Petruzzi
**Attorney (Printed name)**

15853300
**State Bar Number**

1314 Texas, #1100 Hou 77002
**Address**

713-237-8603
**Telephone Number**

The defendant (check all that apply):

☒ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.

☒ ASKS the Court to ORDER that a free record be provided to him.

☒ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

_____
**Defendant (Signature)**

James Jackson, III
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON   APR 06 2015

By Deputy District Clerk of Harris County _____

# ORDER

On ___APR 06 2015___ the Court conducted a hearing and FINDS that defendant / appellant

☐ IS NOT indigent at this time.

☑ IS indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record.

    ☑ employing counsel and/or paying for a clerk's and court reporter's record.

The Court ORDERS that

☐ Counsel's motion to withdraw is GRANTED / DENIED.

☐ Defendant / appellant's motion (to be found indigent) is DENIED.

☑ Defendant's / appellant's motion is GRANTED and

    ☐ Attorney _____
    Bar Card Number_____ SPN Number _____
    is APPOINTED to represent defendant / appellant on appeal.

    ☐ Harris County Public Defender's Office (HCPD) is APPOINTED to represent
    defendant/appellant on appeal.
    Assistant Public Defender Assigned by HCPD_____
    Bar Card Number_____ SPN Number _____

    ☐ The COURT REPORTER is ORDERED to prepare and file the reporter's record without charge to
    defendant / appellant.

BAIL IS:

☐ SET at $_____.

☐ TO CONTINUE as presently set.

☑ DENIED and is SET at NO BOND (Felony Only)

DATE SIGNED: ___APR 0 6 2015___

JUDGE PRESIDING,
DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. _____,
HARRIS COUNTY, TEXAS

Unofficial Copy Office of Chris Daniel District Clerk